# EXHIBIT 5

# *Hamtramck Public Schools*

*Nabil Nagi, Interim Superintendent*
*3201 Roosevelt*
*Hamtramck, Michigan 48212*
*(313) 591-7400, Ext. 2012*

October 5, 2022

Mr. Mujahed Elhady
22834 Arlington St
Dearborn, MI  48128

Dear Mr. Elhady:

This is notice to you that effective immediately, (10/5/2022 upon hand delivery of this to you) you are placed on paid administrative leave and until further notice. The precipitating cause for this decision was your belligerent insubordination this morning when I directed you to return to your office from an unapproved building visit and you refused. I will be initiating an investigation of other incidences of behavior on your part that warrant investigation as a result of complaints in order to determine next steps regarding your employment status with the District.

While on leave you are not to come onto District property without my prior permission unless otherwise entitled to do so by law or engage in any communication in your official capacity with the District with any employees or contractors of the District in their official capacities with the District unless approved in advance by me. Direct all communication in your official capacity with the District to me. I will be re-directing emails to your District email to me or my designee and incoming emails from you on your District email to me or my designee.

Sincerely,


Nabil Nagi
Interim Superintendent of Schools

NN